# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE JENSEN, | ) Case No.: 2:03-cv-00229-GMN-LRL |
| Plaintiff, | )<br>)<br>) **ORDER** |
| vs. | )<br>) (Motion for Re-Taxation of Costs—#109) |
| SGT. PATRICK KELLY, and LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | )<br>)<br>) |
| Defendants | )<br>) |

Before the Court is Defendants' Motion for Re-Taxation of Costs (#109).  Plaintiff filed a response in opposition (#110) and Defendants a reply (#111).

The Court has considered the pleadings of the parties.

IT IS HEREBY ORDERED THAT Defendants' Motion for Re-Taxation of Costs is GRANTED.  The Clerk of the Court shall re-tax the costs pursuant to Defendant's submitted Bill of Costs, omitting the costs for Ally Investigations, research costs and travel costs, and reducing the expert fees top $40.00 per day.

DATED this 19th day of July, 2010.

_____

Gloria M.  Navarro
United States District Judge